```
1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
4  STEVEN R. WELK
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
   FRANK D. KORTUM
6  Assistant United States Attorney
7  Asset Forfeiture Section
   California Bar No. 110984
8      1400 United States Courthouse
       312 North Spring Street
9      Los Angeles, California 90012
10     Telephone:  (213) 894-5710
       Facsimile:  (213) 894-7177
11     E-mail: Frank.Kortum@usdoj.gov
12
   Attorneys for Plaintiff
13 United States of America
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>　　　　Defendant. | NO. EDCV 16-01129-JGB(JPRx)<br><br>**NOTICE OF LODGING OF AMENDED WARRANT FOR ARREST IN REM** |

```
 1        Please take notice that, as stated during the Status
 2   Conference held on August 5, 2016, the government hereby lodges
 3   the attached AMENDED WARRANT FOR ARREST IN REM.
 4
 5   DATED: August 5, 2016        EILEEN M. DECKER
                                  United States Attorney
 6                                LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
 7                                Chief, Criminal Division
                                  STEVEN R. WELK
 8                                Assistant United States Attorney
                                  Chief, Asset Forfeiture Section
 9
10                                         /s/
                                  _____
11                                FRANK D. KORTUM
                                  Assistant United States
12                                Attorney
13
                                  Attorneys for Plaintiff
14                                United States of America
```