UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | EDCV 16-1129- JGB(JPRx) | Date | August 5, 2016 |
|---|---|---|---|
| Title | United States of America v. All Monies, Including Insurance Benefits And Interest, Payable Pursuant To Claim Number 1179068 Under Minnesota Life Insurance Group Policy No. 33772-G, For Basic Life Insurance Coverage In The Amount *$250,000* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez / Irene Vazquez | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Frank D. Kourtum<br>Steven R. Welk | n/a |

**Proceedings:**    **EX PARTE APPLICATION FOR ISSUANCE OF WARRANT FOR ARREST IN REM (Doc. No. 5) (HEARING HELD)**

The court held a hearing on Government's ex-parte application for issuance of warrant for arrest In Rem. The Court grants the issuance of the warrant.

**IT IS SO ORDERED.**