EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-5710
   Facsimile: (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

CC: FISCAL / USM

FILED
CLERK, U.S. DISTRICT COURT
8/5/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MG___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. EDCV16-01129-JGB(JPRx) |
| Plaintiff, | |
| vs. | **AMENDED WARRANT FOR ARREST IN REM** |
| ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000, | |
| Defendants. | |

TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

1.  A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on May 31, 2016, in the United States District Court for the Central District of California by the United States of America, alleging that the defendant assets – specifically, all monies, including insurance benefits and interest, payable pursuant to claim number 1179068 under Minnesota Life Insurance group policy no. 33772-G, for basic life insurance coverage in the amount of $25,000, and supplemental life insurance coverage in the amount of $250,000 (the "Policy Benefits") -- are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(G)(iii).

2.  The Court is satisfied that, based upon the allegations of the Complaint, there is probable cause to believe that the defendant Policy Benefits are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(iii).

3.  On June 8, 2016, in connection with a related interpleader action entitled <u>Minnesota Life Insurance Co. v. Farook</u>, plaintiff Minnesota Life Insurance Company deposited the Policy Benefits with the Clerk of the Court.

4.  For the purposes of this civil forfeiture action, the Policy Benefits shall remain in the custody of the Clerk of the Court, as a duly authorized custodian, until further Order of this Court.  Pursuant to Rule G(3)(c)(ii)(B) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture

Actions, the Court hereby finds good cause to deem this arrest warrant to have been executed upon the Policy Benefits.

5. PLAINTIFF IS FURTHER COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules; and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the defendant Policy Benefits by sending such persons and entities a copy of this warrant and a copy of the Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

6. This warrant provides notice that in order to avoid forfeiture of the defendant Policy Benefits, any person claiming an interest in, or right against, the Policy Benefits must file a claim, signed under penalty of perjury, identifying the specific Policy Benefits claimed and the claimant, and stating the claimant's interest in the Policy Benefits in the manner set forth in Rule G(5) of the Supplemental Rules. Any such claim must also be served on Assistant United States Attorney Frank D. Kortum at the United States Attorney's Office, Central District of California, 312 North Spring Street, 14th Floor, Los Angeles, California 90012. In no event may such claim be filed later than 35 days after the date the notice of the Complaint is sent, or if applicable, no later than 60 days after the first day of publication on an official internet government forfeiture site.

7. In addition, any person having filed such a claim must also file an answer to the Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Assistant United States Attorney Frank D. Kortum at the address above. Upon failure to file a verified statement of interest

and answer, default may be entered pursuant to Rule 55(a) of the Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this 5th day of August, 2016.

_____
Jesus G. Bernal,
U.S. District Judge

Submitted by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA