RON CORDOVA    (SBN 53341)
ALLYSON RUDOLPH (SBN 300766)
Ron Cordova, Attorney at Law
16520 Bake Parkway, Suite 280
Irvine, California 92618
Telephone:    949-748-3600
Facsimile:    949-748-3888
E-mail:       roncordova@roncordovalaw.com

Attorneys for Claimants RAFIA FAROOK and SAIRA KHAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>                    Defendants, and<br><br>RAFIA FAROOK and SAIRA KHAN<br><br>                    Claimants. | Case No.:  5:16-cv-1129<br><br>CLAIMANTS RAFIA FAROOK AND SAIRA KHAN'S VERIFIED ANSWER TO COMPLAINT |

CLAIMANTS RAFIA FAROOK AND SAIRA KHAN'S VERIFIED ANSWER TO COMPLAINT- 1

Claimants RAFIA FAROOK and SAIRA KHAN ("Claimants"), by and through their attorney, state their answer to Plaintiff's complaint as follows:

<u>ANSWER TO COMPLAINT</u>

1. Claimants admit the allegations set forth in Paragraph 1.

2. Claimants admit the allegations set forth in Paragraph 2.

3. Claimants admit the allegations set forth in Paragraph 3.

4. Claimants admit the allegations set forth in Paragraph 4.

5. Claimants admit the allegations set forth in Paragraph 5.

6. Claimants admit the allegations set forth in Paragraph 6.

7. Claimants deny the allegations set forth in Paragraph 7 because they are informed and believe that the defendant policy benefits are in the custody of the clerk of the United States District Court, Central District of California.

8. Claimants admit that Syed Rizwan Farook was one of the perpetrators of the attack that occurred on December 2, 2015 in San Bernardino, California, Claimants admit that during the course of the San Bernardino Attack, Syed Rizwan Farook died in a shootout with law enforcement. Claimants admit that Rafia Farook was the named primary beneficiary of the policies in question. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 8.

9. Claimants deny the allegations that the Policy Benefits are derived from a Federal crime of terrorism or that they are subject to forfeiture pursuant to 18 USC 981(a)(1)(G)(iii), but admit the remaining allegations set forth in Paragraph 9.

10. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 10.

11. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 11.

12. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 12.

13. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 13.

14. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 14.

15. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 15.

16. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 16.

17. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 17.

18. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 18.

19. Claimants admit that Syed Rizwan Farook and Tashfeen Malik carried out the San Bernardino attack on December 2, 2015, but Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in the subsections in Paragraph 19.

20. Claimants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 20.

21. Claimants admit the allegation that Syed Rizwan Farook committed violations of 18 USC 2332f(a)(1) and 18 USC 2339A, but deny the remaining allegations set forth in Paragraph 21.

///
///
///
///
///

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Innocent Third Party Beneficiaries)

Claimants are Innocent Third Party Beneficiaries under the Minnesota Life Insurance policies at issue; their rights have vested and they are therefore owed and entitled to the proceeds of such life insurance policies.

### SECOND AFFIRMATIVE DEFENSE

(Reservation of Right to Assert Further Affirmative Defenses)

Claimants reserve the right to assert affirmative defenses as they become evident through discovery and/or investigation.

### PRAYER FOR RELIEF

Wherefore, Defendants respectfully request:

1. An order that all monies, including insurance benefits and interest, payable pursuant to claim number 1179068 under Minnesota Life Insurance group policy No. 33772-g, for basic life insurance coverage in the amount of $25,000, and supplemental life insurance coverage in the amount of $250,000 be released and paid to the primary beneficiary, Rafia Farook;

2. An award to Claimants' of their reasonable attorney's fees and costs as authorized by applicable statutes in defending this action against Plaintiff;

3. Dismissal of Plaintiff's action with prejudice; and

4. Such other and further relief as this Honorable Court deems just and proper.

Dated: September 19 , 2016

Respectfully submitted,

RON CORDOVA
Attorney for Claimants RAFIA FAROOK
and SAIRA KHAN

## VERIFICATIONS

I, Rafia Farook, hereby declare that I have read the foregoing verified answer to complaint. I verify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _19_ day of September 2016, in Corona, California.

_Rafia S. Farook_
Rafia Farook

I, Saira Khan, hereby declare that I have read the foregoing verified answer to complaint. I verify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _14_ day of September 2016, in Corona, California.

_Saira Khan_
Saira Khan

CLAIMANTS RAFIA FAROOK AND SAIRA KHAN'S VERIFIED ANSWER TO COMPLAINT- 5