SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California State Bar No. 110984
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail:     Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>    Defendant.<br><br>RAFIA FAROOK AND SAIRA KHAN,<br><br>    Claimants. | No. EDCV 16-01129-JGB (JPRx)<br><br>**ORDER EXTENDING STAY** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the stay of this action is continued until sentencing of the defendants in the related criminal cases (<u>United States v. Marquez</u>, No. ED CR 15-00093-JGB, and <u>United States v. Chernykh</u>, No. CR 16-00292-JGB) is concluded. The parties shall inform the Court if any significant developments occur in the related cases that would justify modifying the stay period.

Dated: March 21, 2017

_____
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    /s/ *Frank Kortum*
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff

2