NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>    Defendants. | No. 5:16-cv-01129-JGB-JPR<br><br>**STATUS REPORT** |
| RAFIA FAROOK AND SAIRA KHAN,<br><br>    Claimants. | |

On October 31, 2016, this Court ordered this action stayed

pending the conclusion of criminal actions (United States v. Marquez, No. CR 15-00093-JGB, and United States v. Chernykh, No. CR 16-00292-JGB) that are related to this civil forfeiture action.  The stay order requires the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

The defendant in Marquez entered a guilty plea on February 16, 2017, and the three defendants in Chernykh entered guilty pleas on January 10, 2017 (Syed Raheel Farook), January 26, 2016 (Mariya Chernykh), and February 9, 2017 (Tatiana Farook).  On June 11, 2019, Marquez filed a motion to withdraw his guilty plea as to Count 1 of the Indictment [Under Seal].  In Chernykh, sentencing as to defendant Syed Raheel Farook is continued to December 9, 2019; sentencing as to defendant Tatiana Farook has been continued to February 10, 2020; and sentencing as to defendant Mariya Chernykh has been continued to March 9, 2020.

Depending on the ruling in Marquez, further prosecutorial action in the related criminal cases is not anticipated, under the circumstances of this case the government requests that the Court extend the stay of this action until sentencing is completed in the related criminal cases.

//
//
//

     The government will file its next status report by January 10, 2020.  If the related criminal cases are completed prior to January 10, 2020, plaintiff will file a request to lift the stay within 30 days of the completion of the criminal cases.

Dated: October 10, 2019            Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney
                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section


                                     */s/ Jonathan Galatzan*
                                   JONATHAN GALATZAN
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

3