TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>    Defendants.<br><br>RAFIA FAROOK AND SAIRA KHAN,<br><br>    Claimants. | No. 5:16-cv-01129-JGB-JPR<br><br>**STATUS REPORT** |

    On October 31, 2016, this Court ordered this action stayed

pending the conclusion of criminal actions (United States v. Marquez, No. CR 15-00093-JGB, and United States v. Chernykh, No. CR 16-00292-JGB) that are related to this civil forfeiture action.  The stay order requires the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

The defendant in Marquez entered a guilty plea on February 16, 2017, and the three defendants in Chernykh entered guilty pleas on January 10, 2017 (Syed Raheel Farook), January 26, 2016 (Mariya Chernykh), and February 9, 2017 (Tatiana Farook).  On June 11, 2019, Marquez filed a motion to withdraw his guilty plea as to Count 1 of the Indictment [Under Seal].  The hearing on the motion took place on January 30 and 31, 2020.  On June 10, 2020, the Court denied the motion to withdraw his guilty plea.  Defendant Marquez was sentenced on October 23, 2020 to 240 months in prison.  Defendant Marquez appealed on November 6, 2020.  Opening brief was continued to April 26, 2021, in the 9th Circuit Court of Appeals.  See (United States v. Enriquez Marquez, Jr.; Case No. 20-50325.)  In Chernykh, defendant Syed Raheel Farook was sentenced on November 9, 2020 and received three years of probation.  Defendant Tatiana Farook was sentenced on March 5, 2021 and received three years of probation and sentencing as to defendant Mariya Chernykh has been continued to May 17, 2021.

Under the circumstances of this case the government requests that the Court extend the stay of this action until sentencing is completed in the related criminal cases.

//
//
//

The government will file its next status report by July 5, 2021. If the related criminal cases are completed prior to July 5, 2021, plaintiff will file a request to lift the stay within 30 days of the completion of the criminal cases.

Dated: April 5, 2021                    Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA