TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2727
     Facsimile: (213) 894-0142
     E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>        vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>     Defendants.<br><br>RAFIA FAROOK AND SAIRA KHAN,<br><br>     Claimants. | No. 5:16-cv-01129-JGB-JPR<br><br>**STATUS REPORT** |

On October 31, 2016, this Court ordered this action stayed

1   pending the conclusion of criminal actions (<u>United States v. Marquez</u>,

2   No. CR 15-00093-JGB, and <u>United States v. Chernykh</u>, No. CR 16-00292-

3   JGB) that are related to this civil forfeiture action.  The stay

4   order requires the parties to report to the Court regarding any

5   developments occurring in the related criminal actions that might

6   justify modifying the stay.

7       The defendant in <u>Marquez</u> entered a guilty plea on February 16,

8   2017, and the three defendants in <u>Chernykh</u> entered guilty pleas on

9   January 10, 2017 (Syed Raheel Farook), January 26, 2016 (Mariya

10   Chernykh), and February 9, 2017 (Tatiana Farook).  On June 11, 2019,

11   <u>Marquez</u> filed a motion to withdraw his guilty plea as to Count 1 of

12   the Indictment [Under Seal].  The hearing on the motion took place on

13   January 30 and 31, 2020.  On June 10, 2020, the Court denied the

14   motion to withdraw his guilty plea.  Defendant Marquez was sentenced

15   on October 23, 2020 to 240 months in prison.  Defendant Marquez

16   appealed on November 6, 2020.  Opening brief was filed on June 11,

17   2021, in the 9th Circuit Court of Appeals.  The government's

18   answering brief is due August 11, 2021.  <u>See</u> (<u>United States v.</u>

19   <u>Enriquez Marquez</u>, <u>Jr.</u>; Case No. 20-50325.)  In <u>Chernykh</u>, defendant

20   Syed Raheel Farook was sentenced on November 9, 2020 and received

21   three years of probation.  Defendant Tatiana Farook was sentenced on

22   March 5, 2021 and received three years of probation and Mariya

23   Chernykh was sentenced on May 17, 2021 and received 36 months

24   probation.

25       Under the circumstances of this case the government requests

26   that the Court extend the stay of this action until the appeal is

27   completed in the related criminal case.

28   //

1    The government will file its next status report by November 2,
2    2021.  If the related criminal cases are completed prior to November
3    2, 2021, plaintiff will file a request to lift the stay within 30
4    days of the completion of the criminal cases.

5

6    Dated: July 6, 2021                 Respectfully submitted,

7                                        TRACY L. WILKISON
                                         Acting United States Attorney
8                                        SCOTT M. GARRINGER
                                         Assistant United States Attorney
9                                        Chief, Criminal Division
                                         STEVEN R. WELK
10                                       Assistant United States Attorney
                                         Chief, Asset Forfeiture Section
11

12                                        */s/ Jonathan Galatzan*
                                         JONATHAN GALATZAN
13                                       Assistant United States Attorney

14                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA
15

16

17

18

19

20

21

22

23

24

25

26

27

28