TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2727
     Facsimile: (213) 894-0142
     E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. 5:16-cv-01129-JGB-JPR |
|---|---|
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000, | |
| Defendants. | |
| RAFIA FAROOK AND SAIRA KHAN, | |
| Claimants. | |

On October 31, 2016, this Court ordered this action stayed pending the conclusion of criminal actions (United States v. Marquez,

No. CR 15-00093-JGB, and United States v. Chernykh, No. CR 16-00292-JGB) that are related to this civil forfeiture action.  The stay order requires the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

The defendant in Marquez entered a guilty plea on February 16, 2017, and the three defendants in Chernykh entered guilty pleas on January 10, 2017 (Syed Raheel Farook), January 26, 2016 (Mariya Chernykh), and February 9, 2017 (Tatiana Farook).  On June 11, 2019, Marquez filed a motion to withdraw his guilty plea as to Count 1 of the Indictment [Under Seal].  The hearing on the motion took place on January 30 and 31, 2020.  On June 10, 2020, the Court denied the motion to withdraw his guilty plea.  Defendant Marquez was sentenced on October 23, 2020 to 240 months in prison.  Defendant Marquez appealed on November 6, 2020.  Opening brief was filed on June 11, 2021, in the 9th Circuit Court of Appeals.  The government filed a motion to dismiss on August 9, 2021.  On August 16, 2021, the 9th Circuit Court of Appeals stayed the briefing schedule pending the resolution of the motion to dismiss.  See (United States v. Enriquez Marquez, Jr.; Case No. 20-50325.)  In Chernykh, defendant Syed Raheel Farook was sentenced on November 9, 2020 and received three years of probation.  Defendant Tatiana Farook was sentenced on March 5, 2021 and received three years of probation and Mariya Chernykh was sentenced on May 17, 2021 and received 36 months probation.

//

//

On January 11, 2022, the 9th Circuit Court of Appeals issued a mandate to dismiss the appeal. Plaintiff will file a request to lift the stay within the next 30 days, on or before March 2, 2022.

Dated: January 31, 2022          Respectfully submitted,

                                        TRACY L. WILKISON
                                      United States Attorney
                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      */s/ Jonathan Galatzan*
                                      JONATHAN GALATZAN
                                      Assistant United States Attorney
                                      Chief, Asset Forfeiture Section

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA