```
1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN (Cal. Bar No. 190414)
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2727
7       Facsimile: (213) 894-0142
        E-mail: jonathan.galatzan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:16-cv-01129-JGB-JPR |
| Plaintiff, | **REQUEST TO VACATE STAY** |
| vs. | |
| ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000, | |
| Defendants. | |
| RAFIA FAROOK AND SAIRA KHAN, | |
| Claimants. | |

   Plaintiff United States of America hereby requests that the stay in this action be vacated and that this case be restored to the Court's active caseload.

This civil forfeiture action was commenced on May 31, 2016. On October 31, 2016, this Court ordered this action stayed pending the conclusion of criminal actions (United States v. Marquez, No. CR 15-00093-JGB, and United States v. Chernykh, No. CR 16-00292-JGB) that are related to this civil forfeiture action.

Plaintiff is submitting this request to notify the Court that the pending appeal in the criminal actions has been dismissed and to request that the stay in this civil forfeiture action be vacated.

Dated: March 2, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA