E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>    Defendants.<br><br>RAFIA FAROOK AND SAIRA KHAN,<br><br>    Claimants. | No. 5:16-cv-01129-JGB-JPR<br><br>**STIPULATION AND REQUEST TO ENTER CONSENT JUDGMENT** |

    By their signatures hereunder, plaintiff United States of America, through its attorney, and claimants Rafia Farook and Saira Khan ("Claimants"), through their attorney Ron M. Cordova, stipulate

and request that this Court enter the proposed consent judgment lodged concurrently herewith, to carry into effect the settlement agreement reached between the parties.

Claimants filed a claim and answer, claiming an interest in the defendant funds.  No other person or entity is believed to have any claim or interest therein.  Notice has been given and published as required by law and the Local Rules of this Court.  No other claims or answers were filed, and the time for filing claims and answers has expired. Nothing in this stipulation is intended or should be interpreted as an admission of wrongdoing by Claimants. The proposed consent judgment lodged herewith provides that:

1.   The defendant funds shall be forfeited to the United States, and no other right, title, or interest shall exist therein.

2.   Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant funds and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimants have waived any rights they may have to seek remission or mitigation of the forfeiture.

3.   The parties further stipulate and agree there was reasonable cause for the seizure of the defendant funds. The proposed

judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant funds.

Dated: October 13, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

　　/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 13, 2023         /s/ per email authorization
RON M. CORDOVA, ESQ.

Attorney for Claimants
RAFIA FAROOK and SAIRA KHAN