UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>　　　　Defendants. | No.  5:16-cv-01129-JGB-JPR<br><br>**[PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |
| RAFIA FAROOK AND SAIRA KHAN,<br><br>　　　　Claimants. | |

　　　Plaintiff and claimants Rafia Farook and Saira Khan have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Rafia Farook and Saira Khan have filed a claim and answer. No other claims or answers have been filed, and the time for filing such claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendants. Any potential claimants to the defendants other than Rafia Farook and Saira Khan are deemed to have admitted the allegations of the complaint with respect to the defendant funds.

2. The defendant funds shall be forfeited to the United States of America, and no other right, title, or interest shall exist therein.

3. The Clerk of the Court, currently the custodian of the defendant funds, is ordered to remit the defendant funds to the United States so it may complete the forfeiture.

4. Rafia Farook and Saira Khan have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Rafia Farook and Saira Khan against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Rafia Farook and Saira Khan have also waived any rights they may have

to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Rafia Farook or Saira Khan of any liability or wrongdoing.

5. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:_____,2023

_____
THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

  */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture &
Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA