cc: **FISCAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ALL MONIES, INCLUDING INSURANCE BENEFITS AND INTEREST, PAYABLE PURSUANT TO CLAIM NUMBER 1179068 UNDER MINNESOTA LIFE INSURANCE GROUP POLICY NO. 33772-G, FOR BASIC LIFE INSURANCE COVERAGE IN THE AMOUNT OF $25,000, AND SUPPLEMENTAL LIFE INSURANCE COVERAGE IN THE AMOUNT OF $250,000,<br><br>　　　　Defendants.<br><br>RAFIA FAROOK AND SAIRA KHAN,<br><br>　　　　Claimants. | No. 5:16-cv-01129-JGB-JPR<br><br>**ORDER INSTRUCTING THE FISCAL CLERK TO DISBURSE FUNDS ORDERED FORFEITED** |

　　　Plaintiff United States of America has made a request for an order instructing the Fiscal Clerk to disburse to the United States Marshals Service the funds previously ordered forfeited.

Good cause appearing therefore, the request is GRANTED.  IT IS HEREBY ORDERED that:

(1) The Clerk shall pay to the United States Marshals Service the sum of $280,756.17, plus any accrued interest, via a check made payable to the United States Marshals Service and delivered to the United States Attorney's Office, 312 N. Spring Street, 14th Floor, Los Angeles, CA 90012, Attn: Jonathan Galatzan; and

(2) The payment to the United States Marshals Service shall be made from the Registry of the Court from the funds held in case number 5:16-cv-01206-JGB, Minnesota Life Insurance Company vs. Rafia Farook, et al.

Dated:  December 19, 2023

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture & Recovery Section

  */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America